# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JULIAN WILLIAMS,
ADC #150663                                                                                      PLAINTIFF

V.                                    4:13CV00010 JMM/JTR

CLAYTON EDWARDS, Captain,
White County Detention Center, et al.                                     DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, this case is DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be granted. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 24th day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE